UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **WILFRED JULCE, AS SPECIAL PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANICA JULCE,**<br>**Plaintiff**<br>v.<br>**RYAN DENVER and LEE ROSENTHAL,**<br>**Defendants**<br><br>**And**<br><br>**RYAN DENVER**<br>**Third-Party Plaintiff**<br>v.<br>**UNITED STATES OF AMERICA**<br>**Third-Party Defendant**<br><br>**Re: Docket No.: 2484CV928**<br>**Suffolk, SS**<br>**Superior Court Department**<br>**Commonwealth of Massachusetts** | Civil Action No.: 1:25-cv-11146<br><br>Judge: Allison D. Burroughs<br><br>Magistrate Judge: |

## NOTICE OF FILING OF STATE COURT RECORDS

Pursuant to Local Rule 81.1(a), the United States of America, the Defendant, Third-Party Defendant, and Counterclaimant, respectfully submits the attached certified copies of all records and proceedings and all docket entries in the Suffolk County Superior Court. *See* Exhibit A.

June 5, 2025

                                          Respectfully submitted,

                                          YAAKOV M. ROTH
                                          Acting Assistant Attorney General,
                                          Civil Division
                                          U.S. Department of Justice

LEAH B. FOLEY
United States Attorney
District of Massachusetts

**JOSEPH JARREAU**  *Digitally signed by JOSEPH JARREAU Date: 2025.06.05 17:02:55 -04'00'*

J. STEVEN JARREAU, Trial Attorney
JESSICA G. SULLIVAN, Senior Trial Counsel
Aviation Space & Admiralty Litigation
Civil Division, Torts Branch
United States Department of Justice
175 N. Street, NE
8th Floor
Washington, D.C. 20002
Sullivan: (202) 616-4044
Jessica.Sullivan@usdoj.gov
Jarreau: (202) 616-4284
Steven.Jarreau@usdoj.gov
U.S. Postal Service Address:
U.S. Dep't of Justice
Civil Division, Torts Branch
P.O. Box 14271
Washington, D.C. 20044-4271

*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing NOTICE OF FILING OF STATE COURT RECORDS was served by electronic mail on June 5, 2025, to the following CM/ECF registrants:

| | |
|---|---|
| David J. Farrell, Jr. | Liam O'Connell |
| Farrell Smith O'Connell LLP | Farrell Smith O'Connell LLP |
| 2355 Main Street | 46 Middle Street |
| PO Box 186 | 2nd Floor |
| S. Chatham, MA 02659 | Gloucester, MA 01930 |
| (508) 432-2121 | (978) 309-9243 |
| dfarrell@fsofirm.com | loconnell@fsofirm.com |

Warren D. Hutchinson  
Freeman Mathis and Gary LLP  
60 State Street  
6th Floor  
Boston, MA 02109  
(617) 963-5968  

Kevin G. Kenneally  
Freeman Mathis and Gary LLP  
60 State Street  
6th Floor  
Boston, MA 02109  
(617) 963-5968  

Douglas K. Sheff  
Kathy Jo Cook  
Benjamin H. Duggan  
Sheff & Cook, LLC  
Ten Tremont Street, 7th Floor  
Boston, MA 02108  
(617) 227-7000  
dsheff@sheffandcook.com  
kjcook@sheffandcook.com  
bduggan@sheffandcook.com  



_____  
J. STEVEN JARREAU  
Trial Attorney  
Aviation, Space & Admiralty  
Litigation, Civil Division  
United States Department of Justice