UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFRED JULCE as SPECIAL, PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANICA JULCE<br>    Plaintiff,<br><br>v.<br><br>RYAN DENVER<br>    Defendant/Cross-Claim Plaintiff,<br><br>v.<br><br>LEE ROSENTHAL,<br>    Defendant/Cross-Claim Plaintiff,<br><br>And<br><br>RYAN DENVER,<br>    Third-Party Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>    Third-Party Defendant. | C.A. No. 1:25-cv-11146-ADB |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Kindly docket the appearance of Josette Brooksbank as counsel of record for Defendant/Cross-Claim Plaintiff, Lee Rosenthal, in the above-captioned action.

2

                                                Respectfully submitted,

                                                Defendant/Cross-Claim Plaintiff
                                                Lee Rosenthal
                                                By his attorneys,

                                                */s/ Josette Brooksbank*
                                                Josette Brooksbank, BBO# 712878
                                                Freeman Mathis and Gary LLP
                                                One Boston Place
                                                201 Washington Street, Suite 2200
                                                Boston, MA  02108
                                                T: (617) 963-5975
Dated:  July 1, 2025                       F: (833) 226-4728

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.2, I served the foregoing on all attorneys of record via the CM/ECF system on July 1, 2025.


                                                */s/ Josette Brooksbank*
                                                Josette Brooksbank