**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| WILFRED JULCE, as SPECIAL REPRESENTATIVE OF JEANICA JULCE, Plaintiff, )))))) | |
| v.   ) | CA No.: 1:25-cv-11146-ADB |
| ) | |
| RYAN DENVER, Defendant/Cross-Claim Plaintiff, ))) | |
| v.   )) | |
| LEE ROSENTHAL, Defendant/Cross-Claim Defendant, ))) | |
| And   )) | |
| RYAN DENVER, Third-Party Plaintiff, ))) | |
| v.   )) | |
| UNITED STATES OF AMERICA, Third-Party Defendant. ))) | |

## DEFENDANT LEE ROSENTHAL'S OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

NOW COMES Defendant Lee Rosenthal, by and through his undersigned attorney, and opposes Plaintiff's Motion to Compel. As reasons therefor, Defendant states the following:

Defendant Lee Rosenthal will provide the information that he has as sought in the Plaintiff's letter and Motion with a supplementary answer or response, except as to Interrogatory No. 22, which Defendant's undersigned attorney maintains their objection to on the basis that it calls for a legal conclusion.

Further, Defendant states that the vessel in question is not owned by him, but is owned by Steven Rosenthal. Counsel for Plaintiff has now been advised that the vessel is owned by Steven Rosenthal and is in winter storage. Lee Rosenthal accordingly does not have many of the vessel materials sought by the Plaintiff.

As to the insurance information requested, Defendant has produced the requested documents in the last several days to Plaintiff's counsel.

The undersigned states that, prior to Plaintiff filing the motion, the undersigned acknowledged Plaintiff's requests and correspondence and requested more time to produce documents and supplementary responses. *See* Ex. 1.

The Defendant therefore respectfully requests that the Court deny the Motion.

Dated: March 27, 2025

<div style="margin-left:auto;">

Respectfully Submitted,

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
P: 617-428-1151
F: 617-428-6919
sholbrook@holbrookmurphy.com

</div>

### Certificate of Service

I hereby certify that on March 27, 2026, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

<div style="margin-left:auto;">

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850

</div>