UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFRED JULCE, as SPECIAL PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANICA JULCE, <br>     Plaintiff, <br><br> v. <br><br> RYAN DENVER, <br>     Defendant/Cross-Claim Plaintiff, <br><br> v. <br><br> LEE ROSENTHAL, <br>     Defendant/Cross-Claim Defendant, <br><br> And <br><br> RYAN DENVER, <br>     Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )    Civil Action No. 1:2025cv11146 |

**PLAINTIFF ESTATE OF JEANICA JULCE'S MOTION TO EXTEND SCHEDULING ORDER AND FOR COSTS AND SANCTIONS FOR DISCOVERY ABUSE**

Plaintiff Estate of Jeanica Julce hereby moves for an order extending discovery and for costs and sanctions for discovery abuse. Plaintiff moves that all current Scheduling Order deadlines be extended by 90 days. Defendants Lee Rosenthal and Ryan Denver, Third-Party Defendant United States, and Plaintiffs Aristide Lex, Mussa Kassa, Marzouk Onifade all assent to the extension.

Plaintiff also moves for an order that Defendant Lee Rosenthal comply with basic rules of discovery and immediately supply Plaintiff with all the information to which Plaintiff is entitled, together with other additional discovery sanctions.  The complete grounds for the motion are set forth in the accompanying Memorandum of Law.  Defendant Lee Rosenthal opposes this request.

Respectfully submitted,

Plaintiff, by his Attorney,

/s/ *Kathy Jo Cook*

Kathy Jo Cook, BBO #631389
Benjamin H. Duggan, BBO #684981
Julie N. DeNardo, BBO #707101
Peter R. Chandler, BBO #703139
Sheff & Cook, LLC
10 Tremont St., 7th Floor
Boston, MA 02108
(617) 227-7000
kjcook@sheffandcook.com
bduggan@sheffandcook.com
jdenardo@sheffandcook.com
pchandler@sheffandcook.com

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff requests a hearing on the motion.

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I conferred in good faith with all counsel on April 7, 2026 and on April 8, 2026 regarding this motion.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I caused to have served a copy of the foregoing document upon all parties of record via email on April 8, 2026.

/s/ *Kathy Jo Cook*
Kathy Jo Cook