**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| **WILFRED JULCE, as SPECIAL REPRESENTATIVE OF JEANICA JULCE,** Plaintiff, | ) ) ) ) ) ) | |
| v. | ) ) | **CA No.: 1:25-cv-11146-ADB** |
| **RYAN DENVER,** **Defendant/Cross-Claim Plaintiff,** | ) ) ) | |
| v. | ) ) | |
| **LEE ROSENTHAL,** **Defendant/Cross-Claim Defendant,** | ) ) ) | |
| And | ) ) | |
| **RYAN DENVER,** **Third-Party Plaintiff,** | ) ) ) | |
| v. | ) ) | |
| **UNITED STATES OF AMERICA,** **Third-Party Defendant.** | ) ) ) ) | |

### DEFENDANT LEE ROSENTHAL'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES FROM PLAINTIFF

NOW COMES Defendant Lee Rosenthal ("Defendant"), by and through his undersigned attorney, who moves this Court, pursuant to Fed. R. Civ. P. 37, for an Order compelling the Plaintiff, the Estate of Jeanica Julce, to answer interrogatories propounded by Lee Rosenthal. As reasons therefor, Defendant states the answers are long overdue, causing prejudice to Rosenthal.

Defendant served the Plaintiff with interrogatories on February 2, 2026. (Ex. 1: *February 2, 2026 Email*, p. 1; Ex. 2: *Rosenthal INTs to Julce*).

1

Defendant sent an email to Plaintiff on April 8, 2026, both requesting the answers and a conference on the matter. (Ex. 3: *April 2026 Emails*, p. 1-2). No response to the email has been received. (*Aff. of Seth S. Holbrook*, ¶ 5).

Defendant sent a second email to Plaintiff on April 23, 2026, both requesting the answers and a conference on the matter. (Ex. 3: *April 2026 Emails*, p. 1). No response to the email has been received. (*Aff. of Seth S. Holbrook*, ¶ 7).

Wherefore, Defendant Rosenthal prays this Court enter an Order compelling the Plaintiff to answer interrogatories within thirty days of the filing of this Motion together with an award of costs and attorneys' fees for having to file this motion.

## REQUEST FOR ORAL ARGUMENT

Defendant requests a hearing on this motion.

Respectfully Submitted,

The Defendant
Lee Rosenthal
By his attorney,

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
P: 617-428-1151
F: 617-428-6919
sholbrook@holbrookmurphy.com

2

## LOCAL RULE 7.1 CERTIFICATION

I, Seth S. Holbrook, hereby certify that my office attempted to confer pursuant to Local Rule 7.1 with Benjamin H. Duggan, Counsel for the Plaintiff, but has been unable to do so. The reasonable efforts made were specifically as follows:

April 8, 2026, by email. (Ex. 3: *April 2026 Emails*, p. 1-2).
April 23, 2026, by email. (Ex. 3: *April 2026 Emails*, p. 1).

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2026, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850