UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFRED JULCE, as SPECIAL PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANICA JULCE, <br>     Plaintiff, <br><br> v. <br><br> RYAN DENVER, <br>     Defendant/Cross-Claim Plaintiff, <br><br> v. <br><br> LEE ROSENTHAL, <br>     Defendant/Cross-Claim Defendant, <br><br> And <br><br> RYAN DENVER, <br>     Third-Party Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br>     Third-Party Defendant. | Civil Action No. 1:2025cv11146 |

**PLAINTIFF ESTATE OF JEANICA JULCE'S OPPOSITION TO DEFENDANT LEE ROSENTHAL'S MOTION TO COMPEL ANSWERS AND INTERROGATORIES FROM PLAINTIFF**

The Estate of Jeanica Julce opposes the motion. As defense counsel well knows, as it has been discussed with all counsel on multiple occasions, the Estate has not yet served interrogatory answers for the simple reason that it is awaiting the appointment of a personal representative with the capacity to sign them. The Estate is awaiting the appointment of Jeanica Julce's mother, Evelyne, as substitute personal representative for Jeanica Julce's father, Wilfred. Wilfred Julce

passed away on August 30, 2025. Probate counsel (a separate firm) has filed the appropriate application with the Probate Court. When the Probate Court makes the appointment, which is expected to happen imminently, the Estate will be happy to provide defense counsel with interrogatories signed by a duly appointed personal representative of the Estate. If the court prefers that Plaintiff serve unsigned interrogatory answers, Plaintiff will be happy to follow the court's instructions.

This is not a "real" motion to compel. The only reason this motion was filed is because the Estate filed a motion seeking sanctions for discovery abuse (ECF# 33), defense counsel asked that it be withdrawn, Plaintiff's counsel refused, and now defense counsel is filing any motion he can think of to file as he feels the walls closing in.

Respectfully submitted,

Plaintiff, by its Attorney,

/s/ *Kathy Jo Cook*

Kathy Jo Cook, BBO #631389
Benjamin H. Duggan, BBO #684981
Julie N. DeNardo, BBO #707101
Peter R. Chandler, BBO #703139
Sheff & Cook, LLC
10 Tremont St., 7th Floor
Boston, MA 02108
(617) 227-7000
kjcook@sheffandcook.com
bduggan@sheffandcook.com
jdenardo@sheffandcook.com
pchandler@sheffandcook.com

## CERTIFICATE OF SERVICE

I hereby certify that I caused to have served a copy of the foregoing document upon all parties of record via email on April 29, 2026.

/s/ *Kathy Jo Cook*

Kathy Jo Cook