**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| WILFRED JULCE, as SPECIAL REPRESENTATIVE OF JEANICA JULCE, Plaintiff, | ) ) ) ) ) ) | |
| v. | ) ) | CA No.: 1:25-cv-11146-ADB |
| RYAN DENVER, Defendant/Cross-Claim Plaintiff, | ) ) ) | |
| v. | ) ) | |
| LEE ROSENTHAL, Defendant/Cross-Claim Defendant, | ) ) ) | |
| And | ) ) | |
| RYAN DENVER, Third-Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, Third-Party Defendant. | ) ) ) | |

**DEFENDANT LEE ROSENTHAL'S MOTION TO QUASH THIRTEEN SUBPOENAS FROM PLAINTIFF**

NOW COMES Defendant Lee Rosenthal ("Defendant"), by and through his undersigned attorneys, Holbrook & Murphy, in accordance with Fed. R. Civ. P. 45. and respectfully requests that this Court grants Defendant's Motion to Quash subpoenas served on the following parties:

**Coinbase, Inc.,** *Exhibit 1*; **Fidelity Brokerage Services, LLC**, *Exhibit 2*; **Walter Shuffain Advisors, Inc.,** *Exhibits 3, 4* and *5*; **WS CPAS P.C. c/o Registered Agent Jonathan C. Hitter**, *Exhibits 6*, *7* and *8.* **JPMorgan Chase Bank, N.A.**, *Exhibit 9*; **Bank of America Corporation**,

*Exhibit 10*; **INSA, Inc.**, *Exhibit 11*; **American Express Travel Related Services Company,**

**Inc.**, *Exhibit 12*; and **American Express Company Custodian of Records**, *Exhibit 13*.

Defendant advances his reasoning more fully in the incorporated Memorandum of Law.

WHEREFORE, Defendant Rosenthal prays this Court enter an Order to quash the

thirteen subpoenas issued by Plaintiff Estate of Julce.


## REQUEST FOR ORAL ARGUMENT

Defendant requests a hearing on this motion.


Respectfully Submitted,

The Defendant
Lee Rosenthal
By his attorney,

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850
HOLBROOK & MURPHY
238-240 Lewis Wharf
Boston, MA 02110
P: 617-428-1151
F: 617-428-6919
sholbrook@holbrookmurphy.com


## LOCAL RULE 7.1 CERTIFICATION

I, Seth S. Holbrook, hereby certify that my office attempted to confer pursuant to Local
Rule 7.1 with Benjamin H. Duggan, Counsel for Estate of Julce, via email on June 26, 2026,
prior to filing this Motion.

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Seth S. Holbrook*
Seth S. Holbrook, BBO# 237850