UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILFRED JULCE, as SPECIAL PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANICA JULCE, Plaintiff, v. RYAN DENVER, Defendant/Cross-Claim Plaintiff, v. LEE ROSENTHAL, Defendant/Cross-Claim Defendant, And RYAN DENVER, Third-Party Plaintiff, v. UNITED STATES OF AMERICA, Third-Party Defendant. | Civil Action No. 1:2025cv11146 |

**OPPOSITION TO MOTION TO QUASH SUBPOENA TO**
**FIDELITY WORKPLACE SERVICES, LLC**

Plaintiff opposes the motion to quash for all the reasons set forth in her Opposition to Defendant's Motion to Quash Thirteen Subpoenas, ECF# 54, and incorporates said Opposition herein. The subpoena to Fidelity Workplace Services LLC, which is the subject of the instant motion, was only served because Fidelity sent correspondence indicating that the prior subpoena to Fidelity should have been served at a different address. See Exhibit 1. A new subpoena to Fidelity Workplace Services LLC was served accordingly. The records sought in the new Fidelity

subpoena are identical to the prior one, and the relevant legal arguments concerning this subpoena

are identical to the Opposition to Motion to Quash already pending before this Court.

Respectfully submitted,

Plaintiff, by its Attorney,

/s/ *Kathy Jo Cook*
Kathy Jo Cook, BBO #631389
Benjamin H. Duggan, BBO #684981
Julie N. DeNardo, BBO #707101
Peter R. Chandler, BBO #703139
Sheff & Cook, LLC
10 Tremont St., 7th Floor
Boston, MA 02108
(617) 227-7000
kjcook@sheffandcook.com
bduggan@sheffandcook.com
jdenardo@sheffandcook.com
pchandler@sheffandcook.com

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Plaintiff requests a hearing on the motion.

## CERTIFICATE OF SERVICE

I hereby certify that I caused to have served a copy of the foregoing document upon all parties of record via email on August 11, 2026.

/s/ *Kathy Jo Cook*
Kathy Jo Cook