**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUETTS**

| | |
|---|---|
| WILFRED JULCE, as SPECIAL PERSONAL REPRESENTATIVE OF THE ESTATE OF JEANICA JULCE, *Plaintiff*, | |
| v. | Civil Action No.: 25-11146-ADB |
| RYAN DENVER, *Defendant/Cross-Claim Plaintiff*, | |
| v. | |
| LEE ROSENTHAL, *Defendant/Cross-Claim Defendant*, | |
| And | |
| RYAN DENVER, *Third-Party Plaintiff*, | |
| v. | |
| UNITED STATES OF AMERICA, *Third-Party Defendant*. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Alan D. Rose as additional counsel for Defendant Lee Rosenthal in the above-referenced matter.

*/s/ Alan D. Rose*
Alan D. Rose (BBO# 427280)
ROSE LAW PARTNERS LLP
185 Dartmouth Street, Suite 602
Boston, MA 02116
617-536-0040
adr@rose-law.net (Alan D. Rose)

**CERTIFICATE OF SERVICE**

I, Alan D. Rose, hereby certify that a true and accurate copy of the foregoing document was served via email on the 9th day of September, 2026, on:

Benjamin H. Duggan
Douglas K. Sheff
Kathy J. Cook
Sheff & Cook, LLC
The Daniel Webster Suite
Ten Tremont Street, 7th Floor
Boston, MA 02108
Phone: 617-227-7000
Fax: 617-227-8833
bduggan@sheffandcook.com
dsheff@sheffandcook.com
kjcook@sheffandcook.com

*/s/ Alan D. Rose*
Alan D. Rose